RECEIVED
IN ALEXANDRIA, LA

SEP 30 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EDWARD ALLEN WRIGHT | CIVIL ACTION NO. 1:09-0917 |
| -vs- | JUDGE DRELL |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Document No. 11), and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED and Wright's appeal is DENIED AND DISMISSED WITH PREJUDICE.

SIGNED on this 30th day of September, 2010, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge